NATHAN REZNIKOFF, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Action to reform and correct a policy of life insurance and to recover disability payments thereunder. Order directing framed issues to be tried by a jury and granting other relief, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

LILLIAN RUBINFELD, Appellant, v. LEONARD RUBINFELD, Respondent.— Order denying plaintiff's motion to adjudge defendant guilty of contempt in failing to pay alimony under the provisions of the final judgment affirmed, without costs. On this record it was not error to find that the defendant was not served with the final judgment herein. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

BETTY LOUISE SCHMELZEL, Respondent, v. CLARENCE SCHMELZEL, Appellant. (Appeal No. 1.) — Order modifying a decree of separation by increasing the alimony provided therein, and directing defendant to pay to plaintiff the sum of $250 as and for a counsel fee, affirmed, with ten dollars costs and disbursements, the arrears of alimony and the counsel fee to be paid within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

BETTY LOUISE SCHMELZEL, Respondent, v. CLARENCE SCHMELZEL, Appellant. (Appeal No. 2.) — Appeal by defendant from an order directing him to pay plaintiff $200 as and for counsel fee and fifty dollars for disbursements to enable her to defend an appeal taken by defendant from an order modifying a decree of separation between the parties. Order affirmed, with ten dollars costs and disbursements, the counsel fee and disbursements to be paid within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

DIRAN TERZIAN, Respondent, v. EDISON PHOTO ENGRAVING Co., INC., Appellant, and Others, Defendants.— Action for specific performance of a contract which, among other things, provided for employment of respondent by appellant. Order, as resettled, denying appellant's motion to dismiss the first cause of action set forth in the complaint, on the ground it fails to state facts sufficient to constitute a cause of action, affirmed, with ten dollars costs and disbursements, with leave to appellant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.